UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAUL MICHAEL CAPE, <br><br> Plaintiff, <br><br> v. <br><br> RUSSEL OLMSTEAD, et al., <br><br> Defendants. | CAUSE NO. 3:21-CV-850-JD-MGG |

## OPINION AND ORDER

Paul Michael Cape, a prisoner without a lawyer, was granted until November 30, 2021, to file an amended complaint. He was cautioned that, if he did not respond by the deadline, this case would be dismissed without further notice because his current complaint does not state a claim. The deadline has passed, but Cape did not respond.

For these reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim.

SO ORDERED on December 14, 2021

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT